David N. Mair [DM-8883]
KAISER SAURBORN & MAIR, P.C.
111 Broadway, 18th floor
New York, New York 10006
(212) 338-9100
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROSEMARY O'MAHONY,                    Civ. Action No.: 07 cv. 7916

                Plaintiff,

  -against-                              **NOTICE OF CHANGE**
                                          **OF ADDRESS**

ACCENTURE LTD. and ACCENTURE LLP,

                Defendants.
-------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Kaiser Saurborn & Mair, P.C., counsel for plaintiff in the above-captioned matter, has moved its offices to 111 Broadway, 18th floor, New York, New York 10006, effective October 1, 2007. Our telephone and facsimile numbers remain the same.

Dated: New York, New York
       September 27, 2007

                            Kaiser Saurborn & Mair, P.C.


                          By:  s/_____
                             David N. Mair [DM-8883]
                             111 Broadway, 18th Floor
                             New York, New York 10006
                             (212) 338-9100