UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x   E-Filed
ROSEMARY O'MAHONY                   :   07 Civ. 7916 (VM)
                                    :
                        Plaintiff,  :   **NOTICE OF APPEARANCE**
                                    :
        vs.                         :
                                    :
ACCENTURE LTD. and ACCENTURE LLP    :
                                    :
                        Defendants. :
----------------------------------- x

**PLEASE TAKE NOTICE** that ANTHONY J. RAO (AR-8482) of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for defendants Accenture Ltd. and Accenture LLP in the above-captioned matter.

Dated: New York, New York
       October 15, 2007

                                SEYFARTH SHAW LLP

                                By: s/ Anthony J. Rao
                                    ANTHONY J. RAO (AR-8482)
                                620 Eighth Avenue
                                New York, New York 10018
                                (212) 218-5500
                                Attorneys for Defendants