## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>David Norton Mair
>Kaiser Saurborn & Mair, P.C.
>111 Broadway, 18th Floor
>New York, NY 10006
>(212) 338-9100
>Fax: (212) 338-9088
>Email: mair@ksmlaw.com

>    s/ Anthony J. Rao
>      ANTHONY J. RAO (AR-8482)