UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :

ROSEMARY O'MAHONY         :    07 Civ. 7916 (VM)

                Plaintiff,    :    **DEFENDANTS'**
                                      :    **RULE 7.1 STATEMENT**

      vs.                              :

ACCENTURE LTD. and ACCENTURE LLP  :

              Defendants.  :
------------------------------------- x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants ACCENTURE LTD. and ACCENTURE LLP hereby states that Accenture LLP is an Illinois limited liability partnership with a total of two partners: Accenture Inc. is a Delaware Corporation that does not have its principal place of business in New York; Accenture LLC is a Delaware limited liability company that does not have its principal place of business in New York. Their ultimate parent is Accenture Ltd., a Bermuda publicly-traded holding company.

Dated: New York, New York
       October 15, 2007

                                      SEYFARTH SHAW LLP
                                      By:  s/ Anthony J. Rao
                                            Anthony J. Rao (AR-8482)
                                      620 Eighth Avenue
                                      New York, New York 10018
                                       (212) 218-5500

                                       Attorneys for Defendants