2

## CERTIFICATE OF SERVICE

ANTHONY J. RAO, an attorney admitted to practice in this Court, hereby states that on October 15, 2007, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>David Norton Mair
>Kaiser Saurborn & Mair, P.C.
>111 Broadway, 18th Floor
>New York, NY 10006
>(212) 338-9100

>_s/ Anthony J. Rao_____
>Anthony J. Rao (AR-8482)