ANTHONY J. RAO (AR-8482)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Phone: (212) 218-5500

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

ROSEMARY O'MAHONY : 07 Civ. 7916 (VM)
:
Plaintiff, : **NOTICE OF MOTION**
: **TO ADMIT COUNSEL**
vs. : ***PRO HAC VICE***
:
ACCENTURE LTD. and ACCENTURE LLP :
:
Defendants. :
:
------------------------------------x

    PLEASE TAKE NOTICE that, upon the annexed Affidavit of Anthony J. Rao, Esq., the Affidavit of David J. Rowland, Esq. and the Affidavit of Miriam B. Geraghty, Esq., defendants Accenture Ltd. and Accenture LLP (collectively, "defendants"), will move this Court, at a date and time to be determined by the Court, before the Honorable Victor Marrero, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the *pro hac vice* admission of David J. Rowland, Esq. and Miriam B. Geraghty, Esq., members of the firm Seyfarth Shaw, 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603, to represent

defendants, along with their colleagues from the New York office of Seyfarth Shaw, in the above-captioned action in this Court.

Neither Mr. Rowland nor Ms. Geraghty have been held in contempt of court, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, or have been the subject of any pending complaint before any court

Dated: New York, New York
      October 16, 2007

SEYFARTH SHAW LLP

By: _____
Anthony J. Rao (AR-8482)
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on October 16, 2007, I caused to be served a true and correct copy of the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Anthony J. Rao, Esq., Affidavit of David J. Rowland, Esq., the Exhibit A annexed thereto; the Affidavit of Miriam B. Geraghty, Esq., the Exhibit A annexed thereto along with the proposed Order Admitting Counsel *Pro Hac Vice*, by FedEx next day delicery, postage prepaid, on the following counsel of record for plaintiff:

        David Norton Mair
        Kaiser Saurborn & Mair, P.C.
        111 Broadway, 18th Floor
        New York, NY 10006
        (212) 338-9100

        _____
        Anthony J. Rao (AR-8482)

ORIGINAL

ANTHONY J. RAO (AR-8482)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Phone: (212) 218-5500

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x  07 Civ. 7916 (VM)
ROSEMARY O'MAHONY,                :    **AFFIDAVIT OF**
                                  :    **ANTHONY J. RAO**
                Plaintiff,        :    **IN SUPPORT OF**
                                  :    **MOTION TO ADMIT COUNSEL**
    vs.                           :    ***PRO HAC VICE***
                                  :
ACCENTURE LTD. and ACCENTURE LLP  :
                                  :
                Defendants.       :
                                  :
------------------------------------- x

STATE OF NEW YORK     )
                      )  s.s.:
COUNTY OF NEW YORK    )

ANTHONY J. RAO, being duly sworn, deposes and says:

1. I am a partner in the law firm of Seyfarth Shaw LLP, resident in its New York office, located at 620 Eighth Avenue, New York, New York 10018. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge and the facts set forth herein and in support of defendants Accenture Ltd. and Accenture LLP (collectively, "defendants") Motion to Admit David J. Rowland, Esq. and Miriam B. Geraghty, Esq. *pro hac vice* to represent Defendants in the above-captioned action

2. I am a member in good standing of both the bar of the State of New York and the bar of the United States District Court for the Southern and Eastern Districts of New York,

having been admitted thereto both in 2006. I am also a member in good standing of the California State Bar, the bar of the District of Columbia , the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Central, Northern, Eastern and Southern Districts of California.

3. I have known David J. Rowland, Esq. since 2004 and Miriam B. Geraghty, Esq. since 2006.

4. Mr. Rowland is a partner in the Law firm of Seyfarth Shaw LLP and Ms. Geraghty is an associate in the same firm. Both are resident in this firm's Chicago office, located at 131 S. Dearborn Street, Suite 2300, Chicago, Illinois 60603.

5. I have found Mr. Rowland to be a skilled attorney and a person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of procedure.

6. I have found Ms. Geraghty to be a skilled attorney and a person of integrity. She is experienced in Federal practice and familiar with the Federal Rules of procedure.

7. As set forth in his affidavit in support of this motion, Mr. Rowland is a member in good standing of the Bars of the State of Illinois, the United States Court of Appeals for the 4th, 6th, 7th and 8th Circuits, the United States District Court for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin, the Districts of Nebraska and Colorado, and the Western District of Pennsylvania.

8. Accordingly, I am pleased to move the admission of David J. Rowland, Esq. and Miriam B. Geraghty, Esq., *pro hac vice*.

9. I respectfully submit a proposed order admitting David J. Rowland, Esq. and Miriam B. Geraghty, Esq., *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, Defendant respectfully requests that this Court enter the proposed Order submitted herewith approving the admission *pro hac vice* of David J. Rowland, Esq. and Miriam B. Geraghty, Esq.

Dated: New York, New York
       October 16, 2007

_____
Anthony J. Rao

Sworn and subscribed to before me this ___ day of October, 2007.

_____
Notary Public

SOPHIA M. PILIOURAS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02PI6169327
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES JUNE 25, 2011

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROSEMARY O'MAHONY                              : 07 Civ. 7916 (VM)
:
                    Plaintiff,                 : **ORDER ADMITTING COUNSEL**
                                               : *PRO HAC VICE*
vs.                                            : **ON WRITTEN MOTION**
:
ACCENTURE LTD. and ACCENTURE LLP               :
:
                    Defendants.                :
:
------------------------------------- x

Upon the motion of Anthony J. Rao, attorney for defendants Accenture Ltd. and Accenture LLP and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED THAT**

| Miriam Geraghty | | David J. Rowland |
| SEYFARTH SHAW LLP | | SEYFARTH SHAW LLP |
| 131 South Dearborn Street, Suite 2400 | -and- | 131 South Dearborn Street, Suite 2400 |
| Chicago, Illinois 60603 | | Chicago, Illinois 60603 |
| (312) 460-5000 | | (312) 460-5000 |

are admitted to practice *pro hac vice* as counsel for defendants Accenture Ltd. and Accenture LLP in the above-captioned case in the United States District court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       October ___, 2007

                                            _____
                                            THE HONORABLE VICTOR MARRERO,
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
ROSEMARY O'MAHONY                     :   07 Civ. 7916 (VM)
                                      :
                         Plaintiff,   :   **AFFIDAVIT OF**
                                      :   **DAVID J. ROWLAND**
              vs.                     :
                                      :
ACCENTURE LTD. and ACCENTURE LLP      :
                                      :
                         Defendants.  :
                                      :
------------------------------------------------x

STATE OF ILLINOIS     )
                      ) s.s.:
COUNTY OF COOK        )

DAVID J. ROWLAND, being duly sworn, deposes and says:

1.  I am a member of the bar of the State of Illinois and a partner in the law firm of Seyfarth Shaw LLP, 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603. I respectfully submit this affidavit in support of my application for admission *pro hac vice* to represent defendants Accenture Ltd. and Accenture LLP (collectively, "defendants") in the above-captioned action in this Court.

2.  A certificate of good standing from the Bar of the State of Illinois is annexed at Exhibit A. I am also a member in good standing of the Bars of the United States Court of Appeals for the 4th, 6th, 7th and 8th Circuits, the United States District Court for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin, the Districts of Nebraska and Colorado, and the Western District of Pennsylvania.

NY1 26485523.1

3.  I am not under suspension or disbarment by any Court, nor are there any pending disciplinary proceedings against me in any State or Federal Court.

4.  I have reviewed the rules governing the United States District Courts for the Southern and Eastern Districts of New York and shall comply with all said rules, including all disciplinary rules.

5.  I will make the required payment to the Miscellaneous Fund for the Benefit of the Bench and Bar, as required by Appendix L to the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent defendants in the above-captioned action in this Court.

_____
DAVID J. ROWLAND

Sworn and subscribed to before
me this 15th day of October, 2007.

_____
Notary Public

OFFICIAL SEAL
JONI RADASZEWSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-28-2010

2

NY1 26485523.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David J. Rowland

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, October 03, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
ROSEMARY O'MAHONY            :   07 Civ. 7916 (VM)
:
             Plaintiff,      :   **AFFIDAVIT OF**
:   **MIRIAM B. GERAGHTY**
vs.                          :
:
ACCENTURE LTD. and ACCENTURE LLP  :
:
             Defendants.     :
:
---------------------------------------- x

STATE OF ILLINOIS      )
                       )   s.s.:
COUNTY OF COOK         )

MIRIAM B. GERAGHTY, being duly sworn, deposes and says:

1. I am a member of the bar of the State of Illinois and am an associate in the law firm of Seyfarth Shaw LLP, 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603. I respectfully submit this affidavit in support of my application for admission *pro hac vice* to represent defendants Accenture Ltd. and Accenture LLP (collectively, "defendants") in the above-captioned action in this Court.

2. I am a member in good standing of the Bar of the State of Illinois. (A Certificate of Good Standing from the Bar of the State of Illinois is annexed hereto as Exhibit A.).

3. I am not under suspension or disbarment by any Court, nor are there any pending disciplinary proceedings against me in any State or Federal Court.

NY1 26485523.1

4.  I have reviewed the rules governing the United States District Courts for the Southern and Eastern Districts of New York and shall comply with all said rules, including all disciplinary rules.

5.  I will make the required payment to the Miscellaneous Fund for the Benefit of the Bench and Bar, as required by Appendix L to the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

WHEREFORE, I respectfully request that I be admitted pro hac vice to represent defendants in the above-captioned action in this Court.

_____
Miriam B. Geraghty

Sworn and subscribed to before
me this 15 day of October, 2007.

_____
Natalie Keckler
Notary Public

> OFFICIAL SEAL
> NATALIE KECKLER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-6-2011

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Miriam B Geraghty

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 03, 2007.

*Juleann Hornyak*
Clerk