USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROSEMARY O'MAHONY

                 Plaintiff,

vs.

ACCENTURE LTD. and ACCENTURE LLP

                 Defendants.

------------------------------------- x

07 Civ. 7916 (VM)

**ORDER ADMITTING COUNSEL**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Anthony J. Rao, attorney for defendants Accenture Ltd. and Accenture LLP and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED THAT**

| Miriam Geraghty | | David J. Rowland |
| --- | --- | --- |
| SEYFARTH SHAW LLP | | SEYFARTH SHAW LLP |
| 131 South Dearborn Street, Suite 2400 | -and- | 131 South Dearborn Street, Suite 2400 |
| Chicago, Illinois 60603 | | Chicago, Illinois 60603 |
| (312) 460-5000 | | (312) 460-5000 |

are admitted to practice *pro hac vice* as counsel for defendants Accenture Ltd. and Accenture LLP in the above-captioned case in the United States District court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       October __ 2007

                                    THE HONORABLE VICTOR MARRERO,
                                    UNITED STATES DISTRICT JUDGE