UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROSEMARY O'MAHONY,                         :    E_FILED

                   Plaintiff,     :    07-CIV- 7916 (VM)

    - against -                             :

                                  :

ACCENTURE LTD. and ACCENTURE LLP.,         :

                                  :

             Defendants.     :

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2007, I electronically filed the foregoing Notice of

Motion to Dismiss Plaintiff's Complaint, the accompanying Memorandum of Law, with its Tabs

A-K, and the accompanying Request for Judicial Notice, with its Exhibits A through G, with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

                  David Norton Mair
                  Kaiser Saurborn & Mair, P.C.
                  111 Broadway, 18th Floor
                  New York, NY 10006
                  (212) 338-9100

                                  _____s/ Anthony J. Rao_____
                                 Anthony J. Rao (AR-8482)