UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| ROSEMARY O'MAHONY, | : | 07-CIV- 7916 (VM) |
| Plaintiff, | : | |
| - against - | : | **NOTICE OF MOTION** |
| | : | **TO DISMISS** |
| ACCENTURE LTD. and ACCENTURE LLP., | : | <u>**PLAINTIFF'S COMPLAINT**</u> |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, with its Tabs A-K, and Request for Judicial Notice, with its Exhibits A through G, defendants Accenture Ltd. and Accenture LLP (collectively, "defendants"), will move this Court, at a date and time to be determined by the Court, before the Honorable Victor Marrero, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (i) granting Defendants' Motion to dismiss Plaintiff's Complaint in its entirety; and (ii) granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       November 2, 2007

                                      SEYFARTH SHAW LLP

                                      By:    s/ Anthony J. Rao
                                             Anthony J. Rao (AR-8482)
                                      620 Eighth Avenue
                                      New York, New York 10018
                                      (212) 218-5500

                                      David Rowland, admitted *Pro Hac Vice*
                                      Miriam Geraghty, admitted *Pro Hac Vice*
                                      131 South Dearborn Street, Suite 2400
                                      Chicago, IL 60603
                                      (312) 460-5965

                                      Attorneys for Defendants Accenture Ltd and
                                      Accenture LLP