UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ROSEMARY O'MAHONY, | : | E_FILED |
| Plaintiff, | : | 07-CIV- 7916 (VM) |
| - against - | : | |
| | : | |
| ACCENTURE LTD. and ACCENTURE LLP., | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically Re-filed the foregoing Notice of Motion to Dismiss Plaintiff's Complaint, the accompanying Memorandum of Law, with its Tabs A-K, and the accompanying Request for Judicial Notice, with its Exhibits A through G, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David Norton Mair
> Kaiser Saurborn & Mair, P.C.
> 111 Broadway, 18th Floor
> New York, NY 10006
> (212) 338-9100

I also certify that the above-referenced documents were originally filed with the Clerk of the Court using the CM/ECF system (which will send notification of such filing to all parties) on Friday, November 2, 2007, and that proof of such filing is annexed hereto. **The documents have been re-filed to properly reflect the Event Names. No information has been changed.**

s/ Anthony J. Rao
Anthony J. Rao (AR-8482)

NY1 26489687.1 / 24602-000183