UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ROSEMARY O'MAHONY, | : | E_FILED |
| Plaintiff, | : | 07-CIV- 7916 (VM) |
| - against - | : | |
| | : | |
| ACCENTURE LTD. and ACCENTURE LLP., | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing Notice of Motion to Dismiss Plaintiff's Complaint, the accompanying Memorandum of Law, with its Tabs A-K, and the accompanying Request for Judicial Notice, with its Exhibits A through G, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David Norton Mair
>Kaiser Saurborn & Mair, P.C.
>111 Broadway, 18th Floor
>New York, NY 10006
>(212) 338-9100

>　　　　　s/ Anthony J. Rao　　　　
>　　　　Anthony J. Rao (AR-8482)

Service of Process:
Case 1:07-cv-07916-VM-MHD    Document 13-2    Filed 11/05/2007    Page 2 of 2
1:07-cv-07916-VM O'Mahony v. Accenture Ltd. et al
ECF

# U.S. District Court

## United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Rao, Anthony on 11/2/2007 at 7:24 PM EDT and filed on 11/2/2007
**Case Name:** O'Mahony v. Accenture Ltd. et al
**Case Number:** 1:07-cv-7916
**Filer:** Accenture Ltd.
Accenture L.L.P.
**Document Number:** 10

**Docket Text:**
CERTIFICATE OF SERVICE of Notice of Motion to Dismiss Plaintiffs Complaint, the accompanying Memorandum of Law, with its Tabs A-K, and the accompanying Request for Judicial Notice, with its Exhibits A through G served on Plaintiff, through Counsel, via ECF on 11/2/07. Document filed by Accenture Ltd., Accenture L.L.P.. (Rao, Anthony)


**1:07-cv-7916 Notice has been electronically mailed to:**

David Norton Mair     mair@ksmlaw.com

Anthony Joseph Rao     arao@seyfarth.com

**1:07-cv-7916 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/2/2007] [FileNumber=3964789-0
] [4002d48ee5d564dd9373ba69836b45e79175b8db24cb58fc27493ab5c0a49629aad
1e116811698e97e12725f1d2f77b6f40ea0d9832371e363767cbad86b4bd9]]