**KAISER SAURBORN & MAIR, P.C.**
COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

November 12, 2007

**BY ECF and FAX**
Hon. Victor Marrero, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

    Re:    Rosemary O'Mahony v. Accenture Ltd. et ano.
                United States District Court, S.D.N.Y. – 07 Civ 7916

Dear Judge Marrero:

    We represent the plaintiff, Rosemary O'Mahony, in the above-referenced action. On November 2, 2007, the defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). After conferring with defendants' counsel, I write to request that the Court approve the following agreed-upon briefing schedule for the motion:

        Opposition Papers due on or before November 30
        Reply papers due on or before December 12

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              David N. Mair

cc:    David Rowland, Esq.
       Anthony J. Rao, Esq.