Case 1:07-cv-07916-VM-MHD     Document 15     Filed 11/13/2007     Page 1 of 1

# KAISER SAURBORN & MAIR, P.C.
### COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

November 12, 2007

**BY ECF and FAX**
Hon. Victor Marrero, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11-13-07

Re:     Rosemary O'Mahony v. Accenture Ltd. et ano.
        United States District Court, S.D.N.Y. – 07 Civ 7916

Dear Judge Marrero:

We represent the plaintiff, Rosemary O'Mahony, in the above-referenced action.  On November 2, 2007, the defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). After conferring with defendants' counsel, I write to request that the Court approve the following agreed-upon briefing schedule for the motion:

> Opposition Papers due on or before November 30
> Reply papers due on or before December 12

We thank the Court for its consideration of this request.

Respectfully submitted,

David N. Mair

cc:     David Rowland, Esq.
        Anthony J. Rao, Esq.

> Request GRANTED. The briefing schedule with regard to the motion of _a defendants to dismiss the complaint_ herein is extended as set forth herein: motion papers submitted by _____; response _11-30-07_;
> reply _12-12-07_.
> **SO ORDERED.**
> _11-13-07_
> DATE                    VICTOR MARRERO, U.S.D.J.