# KAISER SAURBORN & MAIR, P.C.

### COUNSELORS AT LAW

NEW JERSEY OFFICE

3163 KENNEDY BOULEVARD
JERSEY CITY, NJ 07306
TEL: (201) 353-4000
FAX: (201) 798-4627

20 EXCHANGE PLACE
NEW YORK, NEW YORK 10005
TEL: (212) 338-9100
FAX: (212) 338-9088

September 24, 2007

RECEIVED

SEP 2 6 2007

SEYFARTH SHAW

**BY FEDERAL EXPRESS**
David J. Rowland, Esq.
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577

Re:    Rosemary O'Mahony v. Accenture Ltd. et ano.
       <u>United States District Court, S.D.N.Y. – 07 Civ 7916</u>

Dear David:

Pursuant to your agreement to accept service of the summons and complaint in this action, enclosed please find a copy of same. Kindly sign where indicated below to confirm your acceptance of service.

Very truly yours,

David N. Mair

Encl.

Service accepted on behalf of Accenture Ltd.
and Accenture LLP:

_____
David J. Rowland

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ **SOUTHERN** _____    **DISTRICT OF** _____    **NEW YORK** _____

JUDGE MARRERO

ROSEMARY O'MAHONY

    Plaintiff,

**V.**

ACCENTURE LTD. and ACCENTURE LLP,

    Defendants.

07 CIV 7916

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

ACCENTURE LTD.
1345 Avenue of the Americas
New York, New York 10105

ACCENTURE LLP
1345 Avenue of the Americas
New York, New York 10105

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        DAVID N. MAIR, ESQ.
        KAISER SAURBORN & MAIR. P.C.
        20 EXCHANGE PLACE, 43RD FLOOR
        NEW YORK, NEW YORK 10005

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

_____
CLERK

_____
(BY) DEPUTY CLERK

SEP 0 7 2007 _____
DATE