## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David N. Mair: mair@ksmlaw.com

/s/ Anthony Rao<br>
One of Defendant's Attorneys

i