USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
ROSEMARY O'MAHONY,             :
                  Plaintiff,   :  ECF CASE
        - against -            :
                               :  07-CIV- 7916 (VM)
ACCENTURE LTD. and ACCENTURE LLP., :
                               :
                  Defendants.  :
                               :
---------------------------------x

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Rosemary O'Mahony and Defendants Accenture Ltd. and Accenture LLP. (collectively "Defendants"), through their respective counsel, subject to the approval of the Court, as follows:

1. The time for Defendants' to answer the Complaint in the above-captioned action is extended to February 28, 2008.

2. E-Signatures and facsimile signatures on this Stipulation and Order shall have the same effect as original signatures.

[intentionally left blank]

Dated: New York, New York
February 15, 2008

Respectfully submitted,

SEYFARTH SHAW LLP

KAISER SAURBORN & MAIR, P.C.

By: /s/ Anthony J. Rao
    Anthony J. Rao (AR-8482)
620 Eighth Avenue
New York, New York 10018-1405
Tel.: (212) 218-5500
Fax: (212) 218-5526

By: _____
    David Norton Mair (DM-8883)
111 Broadway
18th Floor
New York, NY 10006
Tel: (212) 338-9100
Fax: (212) 338-9088

David Rowland, admitted *Pro Hac Vice*
Miriam Geraghty, admitted *Pro Hac Vice*
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Tel: (312) 460-5965

*Attorney for Plaintiff Rosemary O'Mahony*

*Attorneys for Defendants Accenture Ltd and Accenture LLP*

SO ORDERED:

_____
The Honorable Victor Marrero
United States District Judge

Dated: New York, New York
February __, 2008

2