## **CERTIFICATE OF SERVICE**

I, Anthony J. Rao, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT to be served upon the following, via ECF and by depositing a copy of same in the U.S. Mail, postage prepaid, on this 10th day of March, 2008:

> David N. Mair, Esq.
> KAISER SAURBORN & MAIR, P.C.
> 111 Broadway
> New York, New York  10006
> Email: mair@ksmlaw.com

By:   s/ Anthony J. Rao
       Anthony J. Rao (AR-8482)