PETER A. WALKER, ESQ. (PW-7984)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROSEMARY O'MAHONY                       :   E-FILED
                                        :   07 Civ. 7916 (VM)
                    Plaintiff,          :
                                        :   **NOTICE OF APPEARANCE**
        vs.                             :
                                        :
ACCENTURE LTD. and ACCENTURE LLP        :
                                        :
                    Defendants.         :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


      **PLEASE TAKE NOTICE** that Peter A. Walker (PW-7984) of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendants Accenture Ltd. and Accenture LLP in the above-captioned matter.

Dated:  New York, New York
        July 21, 2008

                                            Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            By:  s/ Peter A. Walker
                                                Peter A. Walker (PW-7984)
                                            620 Eighth Avenue
                                            New York, New York 10018
                                            (212) 218-5500

                                            Attorneys for Defendants

NY1 26521672.1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> David Norton Mair
> Kaiser Saurborn & Mair, P.C.
> 111 Broadway, 18th Floor
> New York, NY 10006
> (212) 338-9100
> Fax: (212) 338-9088
> Email: mair@ksmlaw.com
>
> *Attorneys for Plaintiffs*

                                       s/ Peter A. Walker
                                          Peter A. Walker (PW-7984)

NY1 26521672.1