```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROSEMARY O'MAHONY,                  :
              Plaintiff,            :    ORDER
         -against-                  :    07 Civ. 7916 (VM)(MHD)
                                    :
ACCENTURE LTD. and ACCENTURE LLP,   :
                                    :
              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a conference has been scheduled in the above-captioned action on **MONDAY, AUGUST 11, 2008, at 3:00 PM**, at which you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

1

Dated: New York, New York
       August 8, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

David Norton Mair, Esq.
Kaiser Saurborn & Mair, P.C.
111 Broadway
18th Floor
New York, NY 10006

Anthony Joseph Rao, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018

Peter Arnold Walker, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018

```
David J. Rowland, Esq.
Seyfarth Shaw LLP (131 Dearborn St.)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603


Miriam B. Geraghty, Esq.
Seyfarth Shaw LLP (131 Dearborn St.)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
```