PETER A. WALKER, ESQ. (PW-7984)
CHRISTINA FLETCHER, ESQ. (CF-1026)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROSEMARY O'MAHONY,

                Plaintiff,

vs.

ACCENTURE LTD. and ACCENTURE LLP,

                Defendants.

------------------------------------- x

E-FILED
07 Civ. 7916 (VM)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Christina Fletcher (CF-1026) of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendants Accenture Ltd. and Accenture LLP in the above-captioned matter.

Dated:  New York, New York
          August 11, 2008

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              By: _s/ Christina Fletcher_
                                  Christina Fletcher (CF-1026)
                              620 Eighth Avenue
                              New York, New York 10018
                              (212) 218-5500

                              Attorneys for Defendants

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>David Norton Mair
>Kaiser Saurborn & Mair, P.C.
>111 Broadway, 18th Floor
>New York, NY 10006
>(212) 338-9100
>Fax: (212) 338-9088
>Email: mair@ksmlaw.com
>
>*Attorneys for Plaintiffs*

                                              s/ Christina Fletcher
                                                 Christina Fletcher (CF-1026)