## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROSEMARY O'MAHONY                                                 :    E-Filed

                        Plaintiff,    :    07 Civ. 7916 (VM)

          vs.                                      :    **DECLARATION OF**
                                                **ANTHONY J. RAO**

ACCENTURE LTD and ACCENTURE LLP    :

                       Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY J. RAO, declares, under penalty of perjury:

1.      I am a member of the Bar of this Court.  I was formerly associated with the law firm of Seyfarth Shaw LLP, attorneys for Defendants in the above-captioned action.  I submit this Declaration in support of the Notice to Withdraw my appearance as an Attorney of Record.

2.      I filed a Notice of Appearance in the above-captioned case on October 15, 2007.

3.      I resigned my employment with Seyfarth Shaw LLP on August 6, 2008.

4.      Because I am no longer employed with Seyfarth Shaw LLP, I seek to withdraw my appearance as an Attorney of Record in the above-captioned case.

5.      I understand that Defendants will continue to be represented in this action by the firm of Seyfarth Shaw LLP by Peter A. Walker (PW-7984) and Christina J. Fletcher (CF-1026), who are members of the Bar of this Court, and by David J. Rowland (admitted *pro hac vice*) and Miriam Geraghty (admitted *pro hac vice*).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on August 31, 2008

                                          ANTHONY J. RAO (AR-8482)