## PROOF OF SERVICE

      I certify that I caused a true and correct copy of the foregoing Notice of Motion to Withdraw Anthony J. Rao's Appearance as Attorney of Record for the Defendants and the accompanying Declaration of Anthony J. Rao, Esq. to be served upon:

> **David N. Mair, Esq.**
> Kaiser, Saurborn & Mair P.C.
> 111 Broadway
> New York, New York 10006
>
> *Attorneys for Plaintiff*

by ECF Filing on this 8th day of September, 2008.


                                                s/ Peter A. Walker
                                                Peter A. Walker (PW-7984)