UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ROSEMARY O'MAHONY | : | E-Filed |
| | : | 07 Civ. 7916 (VM) |
| Plaintiff, | : | |
| | : | **NOTICE OF MOTION TO** |
| vs. | : | **WITHDRAW ANTHONY J. RAO'S** |
| | : | **APPEARANCE AS ATTORNEY OF** |
| ACCENTURE LTD and ACCENTURE LLP | : | **RECORD** |
| | : | **FOR DEFENDANTS** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Local Civil Rule 1.4, the undersigned counsel of record for Defendants Accenture LTD and Accenture LLP (collectively "Defendants"), hereby moves this Court for an Order withdrawing Anthony J. Rao, Esq. as an Attorney of Record for Defendants in the above-captioned matter. Defendants make this motion for the following reasons:

1. As set forth in the accompanying Declaration of Anthony J. Rao, on August 6, 2008, Mr. Rao resigned his employment with Seyfarth Shaw LLP, which represents Defendants in this action.

2. Granting this motion will not delay this case. Defendants will continue to be represented in this action by the firm of Seyfarth Shaw LLP by Peter A. Walker (PW-7984) and Christina J. Fletcher (CF-1026), who are members of the Bar of this Court, and by David J. Rowland (admitted *pro hac vice*) and Miriam Geraghty (admitted *pro hac vice*).

WHEREFORE, Defendants respectfully request that the Court enter an Order withdrawing Anthony J. Rao as an attorney of record for Defendants in this matter and remove him from the court docket sheet.

Dated: New York, New York
September 8, 2008

SEYFARTH SHAW LLP

By: s/ Peter A. Walker

Peter A. Walker (PW-7984)
Christina J. Fletcher (CF-1026)
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

David J. Rowland (*pro hac vice*)
Miriam Geraghty (*pro hac vice*)
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

*Attorneys for Defendants*

TO: **David N. Mair, Esq.**
Kaiser, Saurborn & Mair P.C.
111 Broadway
New York, New York 10006

*Attorneys for Plaintiff*