UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

ROSEMARY O'MAHONY                          : E-Filed

                    Plaintiff,    : 07 Civ. 7916 (VM)

vs.                                        : **DECLARATION OF ANTHONY J. RAO**

ACCENTURE LTD and ACCENTURE LLP            :

                    Defendants.   :

---------------------------------x

ANTHONY J. RAO, declares, under penalty of perjury:

1. I am a member of the Bar of this Court. I was formerly associated with the law firm of Seyfarth Shaw LLP, attorneys for Defendants in the above-captioned action. I submit this Declaration in support of the Notice to Withdraw my appearance as an Attorney of Record.

2. I filed a Notice of Appearance in the above-captioned case on October 15, 2007.

3. I resigned my employment with Seyfarth Shaw LLP on August 6, 2008.

4. Because I am no longer employed with Seyfarth Shaw LLP, I seek to withdraw my appearance as an Attorney of Record in the above-captioned case.

5. I understand that Defendants will continue to be represented in this action by the firm of Seyfarth Shaw LLP by Peter A. Walker (PW-7984) and Christina J. Fletcher (CF-1026), who are members of the Bar of this Court, and by David J. Rowland (admitted *pro hac vice*) and Miriam Geraghty (admitted *pro hac vice*).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on August 31, 2008

                                                          ANTHONY J. RAO (AR-8482)

NY1 26526370.1