**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
ROSEMARY O'MAHONEY,                 :
                                    :
            Plaintiff,              :
                                    :   ORDER
    - against -                     :
                                    :   07 Civ. 7916 (VM)
ACCENTURE LTD. et al.,              :
                                    :
            Defendants.             :
------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-09

Counsel for all parties are advised that the trial before Judge Marrero is scheduled for January 11, 2010.

Dated:   New York, New York
         16 July 2009

                                    Victor Marrero
                                       U.S.D.J.