UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ROSEMARY O'MAHONY,

                    Plaintiff,     :

                            :

            -against-               :

                            :

ACCENTURE LTD. and ACCENTURE LLP,   :

                            :

            Defendants.     :
----------------------------------x

**ORDER**

**07 Civ. 7916 (VM)(MHD)**

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:



    It is hereby

    **ORDERED** that a settlement conference has been scheduled in the
above-captioned action on **MONDAY, AUGUST 31, 2009 at 5:00 P.M.**, at
which time you are directed to appear in Courtroom 17D, 500 Pearl
Street, New York, New York 10007-1312. Any requests for adjournment
of this scheduled conference must be in writing, with copies to all
other parties, and must be preceded by reasonable efforts by the
requesting party to obtain the consent of those parties.

    1. The parties are **expected to have spoken with each other
about their respective settlement positions** prior to the settlement
conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to attend the conference.

**Dated: New York, New York**
**July 24, 2009**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

David Norton Mair, Esq.
Kaiser Saurborn & Mair, P.C.
111 Broadway
18th Floor
New York, NY 10006

Anthony Joseph Rao, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018

Peter Arnold Walker, Esq.
Seyfarth Shaw LLP

2

Peter Arnold Walker, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018

David J. Rowland, Esq.
Seyfarth Shaw LLP (131 Dearborn St.)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

Miriam B. Geraghty, Esq.
Seyfarth Shaw LLP (131 Dearborn St.)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

Christina Jane Fletcher, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018