USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROSEMARY O'MAHONY,                   :  07 Civ. 7916 (VM)
                                     :
                    Plaintiff,       :
                                     :  **CONDITIONAL**
    - against -                      :  **ORDER OF DISCONTINUANCE**
                                     :
ACCENTURE LTD.,                      :
                                     :
                    Defendant.       :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Magistrate Judge Michael Dolinger, to whom this matter has been referred for general pretrial supervision and settlement, having notified the Court, by memorandum dated September 23, 2009, a copy of which is attached, that the parties have engaged in productive discussions likely to resolve this action without further litigation, it is hereby

**ORDERED,** that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity

of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to withdraw any pending motions without prejudice and to close this case.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
28 September 2009

VICTOR MARRERO
U.S.D.J.