# KAISER SAURBORN & MAIR, P.C.
### COUNSELORS AT LAW



111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

October 27, 2009

BY FAX
Hon. Victor Marrero, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-09
```

    Re:    Rosemary O'Mahony v. Accenture Ltd. and Accenture LLP
            United States District Court, S.D.N.Y - 07 cv. 7916 (VM)

Dear Judge Marrero:

    We represent the plaintiff, Rosemary O'Mahony, in the above-referenced action. On September 28, 2009, Your Honor entered a Conditional Order of Dismissal of this action based on the settlement discussions conducted before Magistrate Judge Dolinger. The order provided 30 days for the parties to consummate a settlement, failing which the plaintiff was permitted to apply by letter for restoration of the action to the active calendar of the Court.

    The parties have worked together over the last month to finalize a settlement but several issues remain to be resolved. While the parties are hopeful that they will be able to resolve these issues they will be unable to do so prior to tomorrow's deadline.

    I therefore write on behalf of all parties to request that the deadline for consummation or restoration of the action be extended by one week until November 4, 2009. In the event that the Court declines to extend the deadline plaintiff requests that the action be restored to the active docket.

    We thank the Court for its consideration.

                                  Respectfully submitted,

                                  David N. Mair

cc:    David J. Rowland, Esq. (by Fax)
        Peter A. Walker, Esq. (by Fax)

---

Request GRANTED. The Conditional Order of Discontinuance herein is amended to extend until **11-4-09** the date by which plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

10-27-09
DATE

VICTOR MARRERO, U.S.D.J.

---

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627