# KAISER SAURBORN & MAIR, P.C.
## COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

November 4, 2009

**BY FAX**
Hon. Victor Marrero, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-05-09
```

Re: Rosemary O'Mahony v. Accenture Ltd. and Accenture LLP
United States District Court, S.D.N.Y – 07 cv. 7916 (VM)

Dear Judge Marrero:

We represent the plaintiff, Rosemary O'Mahony, in the above-referenced action. I write on behalf of all parties to request that the deadline for restoring this action pursuant to the Conditional Order of Dismissal be extended for one additional day until November 5, 2009. In the event that the Court declines to extend the deadline, plaintiff requests that the action be restored to the active docket.

The parties have continued to work together over the last week to finalize the settlement but one issue remains which requires further input from counsel in the United Kingdom. The parties are hopeful that they will be able to resolve this issue tomorrow and finalize their settlement agreement.

In anticipation of reaching a settlement tomorrow, the parties further jointly request that the dismissal of this action by the Court tomorrow be a dismissal without prejudice pending the subsequent filing by the parties of a stipulation of dismissal with prejudice. The parties anticipate that they would file a stipulation of dismissal with prejudice within 30 days of tomorrow's date.

We thank the Court for its consideration of this matter.

Respectfully submitted,

David N. Mair

cc: David J. Rowland, Esq. (by Fax)
Peter A. Walker, Esq. (by Fax)

```
Request GRANTED. The Conditional Order of Discontinuance herein
is amended to extend until 12-4-09 the date by which
plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

11-4-09
DATE                          VICTOR MARRERO, U.S.D.J.
```

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627