# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
32nd Floor
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5570

Writer's e-mail
pwalker@seyfarth.com

December 4, 2009

**VIA FACSIMILE**
(212-805-6382)

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-4-09
```

Re:  *Rosemary O'Mahony v. Accenture Ltd. and Accenture LLP (Case No. 07 CV 7916)(VM)(MHD)*

Dear Judge Marerro:

This firm is counsel to Defendants Accenture Ltd. and Accenture LLP ("Accenture") in the above-referenced matter. We write on behalf of all parties to seek a short extension, until December 11, 2009, to file the Stipulation of Dismissal with Prejudice discontinuing this action in its entirety.

We are pleased to report to Your Honor that the Settlement Agreement and all related agreements have been executed by all parties and all amounts due to Plaintiff under the Settlement Agreement have been paid in full. However, the terms of Plaintiff's settlement call for a reference letter to be signed by David Tomlinson, Accenture's United Kingdom Managing Director. Mr. Tomlinson is currently away from his office but we expect that he will execute the reference letter later today, December 4, 2009 or on Monday, December 7. Upon his execution, Accenture will deliver the letter to Plaintiff's counsel and file the executed Stipulation of Dismissal with Prejudice.

NYI 26600238.1

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



The Honorable Victor Marrero
December 4, 2009
Page 2

Thank you for Your Honor's consideration of this joint request.

Respectfully submitted,

SEYFARTH SHAW LLP

Peter A. Walker, Esq.

cc:  David Mair, Esq. (via simultaneous facsimile and e-mail)
     David J. Rowland, Esq.

---

Request GRANTED. The Conditional Order of **Discontinuance** herein is amended to extend until **12-11-09** the date by which plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

12-4-09
DATE

VICTOR MARRERO, U.S.D.J.

---

NYI 26600238.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK