MARRERO

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEMARY O'MAHONY,

           Plaintiff,

-against-

ACCENTURE LTD. and ACCENTURE LLP,

           Defendants.

ECF Case

CIVIL ACTION NO.: 07-CV-7916 (VM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, that this action be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      November 11, 2009
      December

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
    Peter A. Walker (PW-7984)
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 218-5500
Fax: (212) 218-5526

David Rowland, admitted *Pro Hac Vice*
Miriam Geraghty, admitted *Pro Hac Vice*
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Tel: (312) 460-5965

*Attorneys for Defendants Accenture Ltd and Accenture LLP*

KAISER SAURBORN & MAIR, P.C.

By: _____
    David Norton Mair (DM-8883)
111 Broadway
18th Floor
New York, NY 10006
Tel: (212) 338-9100
Fax: (212) 338-9088

*Attorney for Plaintiff Rosemary O'Mahony*

SO ORDERED:

_____
The Honorable Victor Marrero
United States District Judge

Dated: New York, New York
      14 December, 2009